UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:08-cr-55 |
| vs. | ) | |
| | ) | JUDGE COLLIER |
| DEMARCUS AKINS | ) | MAGISTRATE JUDGE LEE |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the eighteen-count Third Superseding Indictment (2) accept Defendant's plea of guilty to Counts One and Two of the Third Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Two of the Third Superseding Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 57]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 57] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One and Two of the Third Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Two of the Third Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Third Superseding Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 9, 2009 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2